# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MICHAEL D. CORMIER** | **CASE NO. 6:20-CV-00860 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **UNKNOWN DEFENDANT** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 19th day of October, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE